IRENE GRIBBIN, Appellant, v. GREENWICH SAVINGS BANK, Defendant, and JAMES F. EGAN, Public Administrator of the County of New York, as Administrator, etc., of ANNA GULLANDER, Deceased, Respondent.— Determination affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.; Martin, P. J., dissents and votes to reverse determination and affirm judgment of the City Court.

LONDON LIGHTINGWARES CORP., Respondent, v. NORGE REALTY CORP., Defendant, Impleaded with THE COMMERCIAL NATIONAL BANK & TRUST COMPANY OF NEW YORK, as Trustee for the Benefit of Certificate Holders in Guarantee No. N-77 of the NEW YORK TITLE & MORTGAGE COMPANY, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. (See *Matter of Eisenstadt, Inc.*, v. *Heffernan*, ante, p. 488, decided herewith.) Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

MARFORD DIRECT MAIL COMPANY, INC., and E. EDWARD DAY, as Trustee in Bankruptcy of EDWIN J. MARTE, Bankrupt, Respondents, v. SOCONY-VACUUM OIL COMPANY, INC., Appellant, Impleaded with Another, Defendant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. (See *Matter of Eisenstadt, Inc.*, v. *Heffernan*, ante, p. 488, decided herewith.) Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

BYRON KIKUCHI, Respondent, v. SHOZO MIDZUTANI, Doing Business under the Firm Name and Style of JAPANESE TIMES Co., Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered by striking therefrom the amount of punitive damages and reducing it to the amount of compensatory damages awarded by the jury, with costs thereon, in which event the judgment as so modified is affirmed, without costs of this appeal. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.